**FILED**

10/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0395

_____

INGE and MARK CAHILL, RANDY and KERIN
GAYNER, WILLIAM and NANETTE REED, and
IRVING ERICKSON

      Petitioners and Appellants,

  v.

CITY OF COLUMBIA FALLS, COLUMBIA FALLS
BOARD OF ADJUSTMENT,

      Respondents and Appellees,


      and

CNS PROPERTY DEVELOPMENT, LLC, a Montana
Limited Liability Company,

      Respondent.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on September 30, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. (12)(1)(i) requires that an appellant's opening brief shall contain an appendix that includes the relevant judgments, order, findings of fact, conclusions of law, jury instructions, rulings or decisions from which the appeal is taken. Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court the relevant judgment or order(s) from the District Court and that one copy of the relevant judgment or orders be served on each counsel of record;

IT IS FURTHER ORDERED that pursuant to the Temporary Electronic Filing Rule 12(a)(4) the seven paper copies of the Appellant's Opening brief must comply with Rule 12(1)(i), M. R. App. P., including copies of the orders and judgment from which the appeal is taken; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M.

R. App. P. 13 shall run from the date of filing of the relevant judgment or orders.

The Clerk of this Court is directed to provide a true copy of this Order to counsel for the Appellant and to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
October 3 2022